JOHN N. DRAKE, Appellant, *v.* FREDERICK C. LAUER et al., Respondents.

*Drake* v. *Lauer*, 93 App. Div. 86, affirmed.
(Argued June 6, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered March 16, 1904, affirming a judgment in favor of defendants entered upon the report of a referee.

*Eugene Van Voorhis* for appellant.

*John Desmond* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT and VANN, JJ. Not voting: HAIGHT, J. Not sitting: WERNER, J.

———

ELIZABETH SCHMIEG, as Administratrix of the Estate of CHARLES SCHMIEG, Deceased, Respondent, *v.* UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.

*Schmieg* v. *Union Ry. Co.*, 87 App. Div. 633, affirmed.
(Argued June 6, 1905; decided October 3, 1905.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 3, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Bayard H. Ames* and *Henry A. Robinson* for appellant.

*Don R. Almy, J. Arthur Hilton* and *Henry C. Brooks* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, VANN and WERNER, JJ.